[No. 45393-9-I.   Division One.   July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK FRED SINGH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00383-1, George N. Bowden, J., entered October 11, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Kennedy, J.

[No. 45567-2-I.   Division One.   July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA GAUNTLETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08246-0, Glenna Hall, J., entered October 12, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Grosse and Appelwick, JJ.

[Nos. 45592-3-I; 45661-0-I.   Division One.   July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CLARENCE KNIGHT, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 98-1-06407-9, Terence Lukens, J., entered October 25, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45746-2-I.   Division One.   July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TADESSE D. BELETE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05052-9, Sharon S. Armstrong, J., entered November 11, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Webster, JJ.